UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORVAL FLANNERY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOLSTEIN, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-1518 DB P<br><br><br>ORDER |

　　　　Plaintiff is a county detainee proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983. On October 25, 2023, defendants filed a motion to dismiss. (ECF No. 13.) Plaintiff's opposition or statement of non-opposition was due not later than twenty-one days after defendant filed the motion. E.D. Loc. R. 230(l). Those twenty-one days have passed, and plaintiff has not filed a response to the motion to dismiss.

　　　　IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order, plaintiff shall either file an opposition or statement of non-opposition to the motion to dismiss (ECF No. 13) or show cause in writing why this case should not be dismissed for failure to prosecute and failure to comply with court orders; and

////

////

1

2. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: December 4, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB: 15
DB/DB Prisoner Inbox/Civil Rights/R/flan1518.show.cause