UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORVAL FLANNERY,<br><br>           Plaintiff,<br><br>     v.<br><br>HOLSTEIN, ET AL.,<br><br>           Defendants. | No.  22-cv-01518 DC SCR P<br><br><br>ORDER |

Plaintiff is a former county prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983.  On January 14, 2025, defendants filed a motion for sanctions and motion to compel discovery responses.  (ECF No. 26.)  Plaintiff has not opposed the motion.  On February 21, 2025, defendants filed a notice of non-opposition and asked the court to grant their motion.  (ECF No. 28.)

Local Rule 230(l) states that opposition to a motion must be filed "not more than twenty-one (21) days after the date of service of the motion."  The rule further states that "[f]ailure . . . to file an opposition or a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions."  More than twenty-one days have passed since defendants served their motion and plaintiff has not filed a response or any other documents.  Plaintiff will be ordered to file a response to the motion and a statement explaining why he was not able to do so in a timely manner.  If plaintiff fails to file a response to

1

the motion or fails to show good cause for his failure to file it on time, this court will deem the failure a waiver of any opposition to defendants' motion.

Further, on February 24, 2025, the Amador County Sheriff's Office filed a letter with the court regarding plaintiff's custody status. The letter states that the Sheriff's Office is in receipt of an order pertaining to this action, but that plaintiff was released from custody on February 10, 2025. (ECF No. 28.) Under Local Rule 182(f), a pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address. Absent such notice, service of documents at the prior address of the pro se party shall be fully effective. (Id.) Therefore, the court orders plaintiff to notify the court and defendants of plaintiff's current address. Plaintiff is advised that a failure to submit a current address may result in dismissal of the action without prejudice for failure to prosecute. See Local Rule 183(b).

Accordingly, IT IS HEREBY ORDERED that by **March 26, 2025**, plaintiff shall file the following:

1. A response to defendants' motion for sanctions and motion to compel discovery responses (ECF No. 26);

2. A response to this order explaining why plaintiff was unable to file a timely response to defendants' motion for summary judgment; and

3. A notice of plaintiff's current address. Plaintiff is advised that a failure to notify the court and defendants of plaintiff's current address may result in dismissal of the action without prejudice for failure to prosecute. See Local Rule 183(b).

DATED: February 28, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE